ORDER: Motion granted. Additionally, the Initial Case Mgt Conference is continued to **July 11, 2018, at 10:00 a.m.**

*[signature]*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| **WESLEY BOSHEERS, and wife,** | ) | |
| **JAMIE BOSHEERS,** | ) | |
| | ) | |
| Plaintiffs, | ) | No: 1:18-cv-00023 |
| | ) | JUDGE CRENSHAW |
| Vs. | ) | MAGISTRATE JUDGE FRENSLEY |
| | ) | |
| **TRANSCO LOGISTICS CO. and** | ) | JURY DEMAND |
| **CHARLES RODRIGUEZ,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR ENLARGEMENT OF TIME FOR SERVICE OF PROCESS

Come now the Plaintiffs, by and through counsel, pursuant to Fed. R. Civ. P. 4(m), and respectfully move this Court for an Order granting an enlargement of time for Plaintiffs to obtain service of process on the Defendant, Charles Rodriguez. In support of this Motion, Plaintiffs would show as follows:

1. Plaintiffs commenced this Action by filing their original Complaint with the Circuit Court for Giles County, Tennessee on January 25, 2018. The original state court summons for Charles Rodriguez was issued on January 25, 2018.

2. Subsequent to commencing this Action in state court, Plaintiffs attempted service of process on Mr. Rodriguez by sending certified copies of the Complaint and Summons, pursuant to Tenn. R. Civ. P. 4.05, to Mr. Rodriguez via Certified Mail Return Receipt Requested to his home address at 18461 Stony Island Avenue, Lansing, Illinois 60438.

3. On March 18, 2018, the envelope containing certified copies of the Complaint and Summons to Mr. Rodriguez was returned to Plaintiffs' counsel by the United States Postal Service bearing the following notation: "Unclaimed, Return to Sender."