# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | |
|---|---|
| WESLEY BOSHEERS and JAMIE BOSHEERS, | )<br>)<br>) |
| Plaintiffs, | )<br>) NO. 1:18-cv-00023 |
| v. | )<br>) JUDGE CAMPBELL |
| TRANSCO LOGISTICS CO. and CHARLES RODRIGUEZ, | ) MAGISTRATE JUDGE FRENSLEY<br>)<br>) |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 38), which was filed on December 31, 2019. Through the Report and Recommendation, the Magistrate Judge recommends default judgment be entered against Defendant Transco Logistics Co.. and Plaintiffs' Motion to Strike Answer (Doc. No. 36) be denied as moot. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, **DEFAULT JUDGMENT** is entered against Defendant Transco Logistics Co. Plaintiffs' Motion to Strike Answer (Doc. No. 36) is **DENIED**, as moot.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE